UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KATRINA L. GRIFFIN, | ) Case No.: 1:14-cv-00711 - LJO- JLT |
|---|---|
| Plaintiff, | ) ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS |
| v. | ) |
| SOCIAL SECURITY OFFICE, | ) |
| Defendant. | ) |

Plaintiff Katrina Griffin initiated this action by filing a complaint in Kern County Superior Court on February 25, 2014. (Doc. 1-1.) Defendant filed a Notice of Removal on May 12, 2014, thereby initiating the matter in this Court. (Doc. 1.) On June 18, 2014, Defendant filed a motion to dismiss, asserting Plaintiff failed to exhaust her administrative remedies prior to bringing suit. (Doc. 5.) The matter was not been set for hearing, and as a result is necessary to set a briefing schedule.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff **SHALL** file a response to the motion to dismiss no later than **July 10, 2014**; and
2. Any reply by Defendant **SHALL** be filed no later than **July 17, 2014**.

IT IS SO ORDERED.

Dated:   **June 19, 2014**            **/s/ Jennifer L. Thurston**
                            UNITED STATES MAGISTRATE JUDGE

1